Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−22957−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Richard D. Cross                               Kimberly M. Cross
   7376 Woodbury Rd.                       7376 Woodbury Rd.
   Mays Landing, NJ 08330            Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−6870                                     xxx−xx−0234

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: September 26, 2016
JJW: admi

                                                                                                         James J. Waldron
                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard D. Cross  
Kimberly M. Cross  
    Debtors

Case No. 16-22957-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 26, 2016  
                Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.  
db/jdb    +Richard D. Cross,   Kimberly M. Cross,   7376 Woodbury Rd.,   Mays Landing, NJ 08330-3961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2016 00:02:53    U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534  
smg      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2016 00:02:50    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ  07102-5235  
                                                                                                          TOTAL: 2

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:  
      Bruno   Bellucci, III    on behalf of Joint Debtor Kimberly M. Cross jkearney@djdlawyers.com,   bbellucci@djdlawyers.com,bfrost@djdlawyers.com  
      Bruno   Bellucci, III    on behalf of Debtor Richard D. Cross jkearney@djdlawyers.com,   bbellucci@djdlawyers.com,bfrost@djdlawyers.com  
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
      Warren S. Jones, Jr.    on behalf of Creditor    Real Time Resolutions, Inc. wsjonesesq@verizon.net,   bestcasewsj@gmail.com  
                                                                                                                 TOTAL: 7