Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Richard D. Cross  
Kimberly M. Cross  

Case No.: _____16-22957_____  
Judge: _____ABA_____  
Chapter: 13  

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original  ☐ Modified/Notice Required  ☒ Discharge Sought  
☒ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought  

Date: _____01/27/2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED  
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN  
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

a. The debtor shall pay $ _____288.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____02/01/2017_____ for approximately _____31_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| D'Arcy Johnson Day, P.C. | Counsel fee | $2,000.00 |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Wells Fargo Dealer Services | 2012 Dodge Caliber | $12,136.85 | $6,500.00 |  | $6,500.00 | 5% | $7,359.60 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Midland Mortgage | 7376 Woodbury Rd., Mays Landing, NJ 08330 | $115,000.00 | $30,734.17 |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| US Department of Educatoin | Non-dischargeable student loans | To be paid outside the plan | Contractual amount |

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal***, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Real Time Resolutions<br>PO Box 731940<br>Dallas, TX 75373 | 7376 Woodbury Rd.<br>Mays Landing, NJ 08330 | Second Mortgage | $29,922.15 | $115,000.00 | 0 | 115,812.02 | $29,922.15 |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Real Time Resolutions<br>PO Box 731940<br>Dallas, TX 75373 | 7376 Woodbury Rd.<br>Mays Landing, NJ 08330 | $29,922.15 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Priority claims
3) Unsecured claims
4) _____

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____06/17/2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtors have been denied a loan modification. | Debtors will now surrender Real Property located at 7376 Woodbury Road, Mays Landing, NJ. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:** **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 01/27/2017                          /s/ Bruno Bellucci, III
                                          Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 01/27/2017                          /s/ Richard D. Cross
                                          Debtor

Date: 01/27/2017                          /s/ Kimberly M. Cross
                                          Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-22957-ABA
Richard D. Cross                                                              Chapter 13
Kimberly M. Cross
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Jan 30, 2017
                              Form ID: pdf901            Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/jdb         +Richard D. Cross,    Kimberly M. Cross,    7376 Woodbury Rd.,    Mays Landing, NJ 08330-3961
aty            +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516273482      +APG Cardiology Group,    PO Box 786061,    Philadelphia, PA 19178-6061
516273483      +APG Hospitalists,    PO Box 786061,    Philadelphia, PA 19178-6061
516273485      +ARMC Faculty Practice - Pathology,    PO Box 8500-5287,    Philadelphia, PA 19178-0001
516273480      +Amcol Systems,    PO Box 21625,    Columbia, SC 29221-1625
516273481      +Apex Asset Management, LLC,    2501 Oregon Pike, Ste. 102,    Lancaster, PA 17601-4890
516273484      +Arcadia,    PO Box 6768,    Reading, PA 19610-0768
516273487      +Atlantic Emergency Assoc.,    PO Box 88087,    Chicago, IL 60680-1087
516273488      +Atlantic Heart Rhythm Center,    415 Chris Gaupp Dr Ste C,    Absecon, NJ 08205-4440
516273489      +Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516273490      +Atlantic Pulonary & Chritical Care Assoc,    741 South Second Ave., Ste. A,
                 Absecon, NJ 08205-9542
516273491      +Atlantic Radiologists,    65 W Jimmie Leeds Rd.,    Absecon, NJ 08205-9403
516273492      +Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516273493      +Bank of America,    100 North Tryon St.,    Charlotte, NC 28255-0001
516273494      +Community Surgical Supply,    PO Box 4686,    Toms River, NJ 08754-4686
516273495      +Complete Collection Services,    PO Box 824336,    Philadelphia, PA 19182-4336
516273496      +Gatestone & Co. International, Inc.,    1000 N. West St., Ste. 1200,    Wilmington, DE 19801-1058
516273497      +Good Shepherd Penn Partners,    1800 Lombard St.,    Philadelphia, PA 19146-1414
516273499      +Jersey Shore Gastroenterology Assoc.,    408 Bethel Rd. Ste. E,    Somers Point, NJ 08244-2191
516273500      +KML Law Group, P.C.,    216 Haddon Ave., Ste. 406,    Collingswood, NJ 08108-2812
516273501      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
516273503      +Medical Records Online, Inc.,    PO Box 61507,    King of Prussia, PA 19406-0907
516432333      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516273504      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
516273505      +Nazha Cancer Center,    411 New Rd.,    Northfield, NJ 08225-1648
516273506      +Patient Financial Services,    30 Washington Ave., Ste. C-6,    Haddonfield, NJ 08033-3341
516273507      +Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
516273508      +PennCredit,    PO Box 988,    Harrisburg, PA 17108-0988
516273509      +Pomona Heating & Cooling, LLC,    PO Box 645,    Pomona, NJ 08240-0645
516273512      +Rickart Collection Systems, Inc.,    PO Box 7242,    North Brunswick, NJ 08902-7242
516273513      +Rowan Medicine,    Faculty Practice Plan,    PO Box 635,    Bellmawr, NJ 08099-0635
516273514      +Rowan University,    PO Box 635,    Bellmawr, NJ 08099-0635
516273515      +Schlee & Stillman, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
516273516      +Southern Jersey Family Medical Center,    1 North White Horse Pike,    Hammonton, NJ 08037-1875
516390237       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
516273518      +US Department of Education,    PO Box 69184,    Harrisburg, PA 17106-9184
516273517      +United Telemanagement Corp.,    PO Box 145465,    Cincinnati, OH 45250-5465
516273519      +Verizon Wireless,    140 West St.,    New York, NY 10007-2123
516318314       Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
516273520      +Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
516273521      +Williams Family Medicine, PC,    415 S. Chris Gaupp Dr., Ste. C-2,    Absecon, NJ 08205-4440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516405772       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2017 01:49:02
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516488975       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2017 01:41:00
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516273486      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 31 2017 01:42:53      Atlantic City ELectric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516283641      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 31 2017 01:42:53
                 Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mailstop 84CP42,
                 Carneys Point, NJ 08069-3600
516273498      +E-mail/Text: bankruptcy@icsystem.com Jan 31 2017 01:43:54      IC Systems, Inc.,    PO Box 64444,
                 Saint Paul, MN 55164-0444
516273502      +E-mail/Text: bknotices@mbandw.com Jan 31 2017 01:43:38      McCarthy, Burgess & Wolfe,
                 26000 Cannon Rd.,    Bedford, OH 44146-1807
516273510      +E-mail/Text: bkdepartment@rtresolutions.com Jan 31 2017 01:43:27      Real Time Resolutions,
                 PO Box 731940,    Dallas, TX 75373-1940
516493641      +E-mail/Text: bkdepartment@rtresolutions.com Jan 31 2017 01:43:27      Real Time Resolutions, Inc,
                 1349 Empire Central Dr,    Suite 150,    Dallas, TX 75247-4029

```
District/off: 0312-1          User: admin               Page 2 of 2                  Date Rcvd: Jan 30, 2017
                              Form ID: pdf901           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516492462       +E-mail/Text: bkdepartment@rtresolutions.com Jan 31 2017 01:43:27
                 Real Time Resolutions, Inc.,    PO Box 35888,    Dallas, Texas 75235-0888
                                                                                                 TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
516273511    ##+Richard J. Boudreau & Associates, LLC,    6 Manor Parkway,    Salem, NH 03079-2841
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
```
              Bruno  Bellucci, III    on behalf of Debtor Richard D. Cross jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net
              Bruno  Bellucci, III    on behalf of Joint Debtor Kimberly M. Cross jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Warren S. Jones, Jr.    on behalf of Creditor    Real Time Resolutions, Inc. wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                                 TOTAL: 7
```