| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Bruno Bellucci, III, Esquire<br>Attorney ID# BBIII: 6378<br>BellucciLaw, P.C.<br>1201 New Road, Suite 138<br>Linwood, NJ 08221<br>(609)601-1500<br>Attorneys for Debtor(s) | |
| In Re:<br><br>Richard D. Cross<br>Kimberly M. Cross | Case No.:    16-22957<br><br>Chapter:      13<br><br>Judge:        Hon. Andrew B. Altenburg |

# DEBTOR'S APPLICATION TO CONVERT PURSUANT TO SECTION 1307(a)

TO THE HONORABLE Andrew B. Altenburg, Bankruptcy Judge:

Richard D. Cross and Kimberly M. Cross, the debtors herein, by and through Bruno Bellucci, III, Esquire of BellucciLaw, P.C., debtors' attorney, respectfully represents:

1.  On July 5, 2016, the debtors filed a petition herein for relief under Chapter 13 of Title 11, United States Code, and said petition is presently pending.

2.  Debtors are eligible to be debtors under Chapter 7 of said Title 11 and desires to convert this case to a case under Chapter 7 pursuant to section 1307(a) of said Title 11.

3.  The above referenced case has not previously been converted under Bankruptcy Code Sec. 706, 1112, 1208, or 1307.

WHEREFORE, debtors pray for relief under Chapter 7 of said Title 11.

DATED: March 8, 2017

/s/ Richard D. Cross
Richard D. Cross

DATED: March 8, 2017

/s/ Kimberly M. Cross
Kimberly M. Cross