**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
<u>CROSS, RICHARD D.</u>  
<u>CROSS, KIMBERLY M.</u>

Case No.: <u>16-22957</u>  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

---

## NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on July 11, 2017, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 7376 WOODBURY RD. MAYS LANDING, NJ 08330 | $115,000.00 | $145,734.17 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:         /s/ Thomas J. Subranni  
Address:      1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-22957-ABA
Richard D. Cross                                                    Chapter 7
Kimberly M. Cross
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2                  Date Rcvd: May 31, 2017
                               Form ID: pdf905            Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
```
db/jdb         +Richard D. Cross,    Kimberly M. Cross,    7376 Woodbury Rd.,    Mays Landing, NJ 08330-3961
aty            +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516273482      +APG Cardiology Group,    PO Box 786061,    Philadelphia, PA 19178-6061
516273483      +APG Hospitalists,    PO Box 786061,    Philadelphia, PA 19178-6061
516273485      +ARMC Faculty Practice - Pathology,    PO Box 8500-5287,    Philadelphia, PA 19178-0001
516273480      +Amcol Systems,    PO Box 21625,    Columbia, SC 29221-1625
516273481      +Apex Asset Management, LLC,    2501 Oregon Pike, Ste. 102,    Lancaster, PA 17601-4890
516273484      +Arcadia,    PO Box 6768,    Reading, PA 19610-0768
516273487      +Atlantic Emergency Assoc.,    PO Box 88087,    Chicago, IL 60680-1087
516273488      +Atlantic Heart Rhythm Center,    415 Chris Gaupp Dr Ste C,    Absecon, NJ 08205-4440
516273489      +Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
516273490      +Atlantic Pulonary & Chritical Care Assoc,    741 South Second Ave., Ste. A,
                 Absecon, NJ 08205-9542
516273491      +Atlantic Radiologists,    65 W Jimmie Leeds Rd.,    Absecon, NJ 08205-9403
516273492      +Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
516273493      +Bank of America,    100 North Tryon St.,    Charlotte, NC 28255-0001
516273494      +Community Surgical Supply,    PO Box 4686,    Toms River, NJ 08754-4686
516273495      +Complete Collection Services,    PO Box 824336,    Philadelphia, PA 19182-4336
516273496      +Gatestone & Co. International, Inc.,    1000 N. West St., Ste. 1200,    Wilmington, DE 19801-1058
516273497      +Good Shepherd Penn Partners,    1800 Lombard St.,    Philadelphia, PA 19146-1414
516273498      +IC Systems, Inc.,    PO Box 64444,    Saint Paul, MN 55164-0444
516273499      +Jersey Shore Gastroenterology Assoc.,    408 Bethel Rd. Ste. E,    Somers Point, NJ 08244-2191
516273500      +KML Law Group, P.C.,    216 Haddon Ave., Ste. 406,    Collingswood, NJ 08108-2812
516273501      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
516273503      +Medical Records Online, Inc.,    PO Box 61507,    King of Prussia, PA 19406-0907
516432333      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516273504      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
516273505      +Nazha Cancer Center,    411 New Rd.,    Northfield, NJ 08225-1648
516273506      +Patient Financial Services,    30 Washington Ave., Ste. C-6,    Haddonfield, NJ 08033-3341
516273507      +Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
516273508      +PennCredit,    PO Box 988,    Harrisburg, PA 17108-0988
516273509      +Pomona Heating & Cooling, LLC,    PO Box 645,    Pomona, NJ 08240-0645
516273512      +Rickart Collection Systems, Inc.,    PO Box 7242,    North Brunswick, NJ 08902-7242
516273513      +Rowan Medicine,    Faculty Practice Plan,    PO Box 635,    Bellmawr, NJ 08099-0635
516273514      +Rowan University,    PO Box 635,    Bellmawr, NJ 08099-0635
516273515      +Schlee & Stillman, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
516273516      +Southern Jersey Family Medical Center,    1 North White Horse Pike,    Hammonton, NJ 08037-1875
516390237       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
516273518      +US Department of Education,    PO Box 69184,    Harrisburg, PA 17106-9184
516273517      +United Telemanagement Corp.,    PO Box 145465,    Cincinnati, OH 45250-5465
516273519      +Verizon Wireless,    140 West St.,    New York, NY 10007-2123
516318314       Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
516273520      +Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
516273521      +Williams Family Medicine, PC,    415 S. Chris Gaupp Dr., Ste. C-2,    Absecon, NJ 08205-4440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2017 23:15:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2017 23:15:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516405772       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 23:12:30
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516488975       E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 23:07:14
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516273486      +E-mail/Text: bankruptcy@pepcoholdings.com May 31 2017 23:15:47     Atlantic City ELectric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516283641      +E-mail/Text: bankruptcy@pepcoholdings.com May 31 2017 23:15:47
                 Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mailstop 84CP42,
                 Carneys Point, NJ 08069-3600
516273502      +E-mail/Text: bknotices@mbandw.com May 31 2017 23:15:58     McCarthy, Burgess & Wolfe,
                 26000 Cannon Rd.,    Bedford, OH 44146-1807
516273510      +E-mail/Text: bkdepartment@rtresolutions.com May 31 2017 23:15:55     Real Time Resolutions,
                 PO Box 731940,    Dallas, TX 75373-1940
516493641      +E-mail/Text: bkdepartment@rtresolutions.com May 31 2017 23:15:55     Real Time Resolutions, Inc,
                 1349 Empire Central Dr,    Suite 150,    Dallas, TX 75247-4029
```

```
District/off: 0312-1          User: admin             Page 2 of 2             Date Rcvd: May 31, 2017
                              Form ID: pdf905         Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516492462      +E-mail/Text: bkdepartment@rtresolutions.com May 31 2017 23:15:55
                 Real Time Resolutions, Inc.,    PO Box 35888,    Dallas, Texas 75235-0888
                                                                                             TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Midland Mortgage,    PO Box 26648,    Oklahoma City, OK  73126-0648
516273511      ##+Richard J. Boudreau & Associates, LLC,    6 Manor Parkway,    Salem, NH 03079-2841
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
```
              Bruno  Bellucci, III   on behalf of Joint Debtor Kimberly M. Cross jkearney@bellucilaw.net,
               bbellucci@bellucilaw.net,jrosati@bellucilaw.net,kpalermo@bellucilaw.net,
               jbonner@bellucilaw.net
              Bruno  Bellucci, III   on behalf of Debtor Richard D. Cross jkearney@bellucilaw.net,
               bbellucci@bellucilaw.net,jrosati@bellucilaw.net,kpalermo@bellucilaw.net,
               jbonner@bellucilaw.net
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel  Balboa     ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              Thomas J Subranni     trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              Warren S. Jones, Jr.    on behalf of Creditor    Real Time Resolutions, Inc. email@warrensjones.com,
               bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                             TOTAL: 9
```