Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  16−22957−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard D. Cross | Kimberly M. Cross |
| 7376 Woodbury Rd. | 7376 Woodbury Rd. |
| Mays Landing, NJ 08330 | Mays Landing, NJ 08330 |

Social Security No.:
  xxx−xx−6870                           xxx−xx−0234

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 2, 2017</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                        Judge, United States Bankruptcy Court